# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:01CR258 |
| vs. ) | |
| ) | ORDER |
| PAMELA J. MALDONADO, ) | |
| Defendant. ) | |

Defendant Pamela J. Maldonado appeared before the court on June 26, 2006 on a Petition for Warrant or Summons for Offender Under Supervision [52]. The defendant was represented by Assistant Federal Public Defender David M. O'Neill and the United States was represented by Assistant U.S. Attorney William W. Mickle. Through her counsel, the defendant waived her right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. The defendant requested a continuance of the detention hearing. A detention hearing was held on June 29, 2006 whereby the government withdrew it's request for detention. The defendant was released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 28, 2006 at 1:30 p.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 29th day of June, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge